**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Steven Miller*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*steven.miller2@usdoj.gov*

*Main: (973) 645-2700*
*Direct: (973) 856-3188*

August 14, 2026

**Via ECF**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Aguaisa v. Mullin, et al*, No. 26-10166 (CCC)**
**Five-Day Extension Request**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement. Per the Court's Order dated August 11, 2026 (ECF No. 2), Respondent's answer deadline is August 14, 2026. Respondents respectfully request an extension of time until August 19, 2026, to respond to the petition. This is Respondents' first request for an extension. Petitioner's counsel consents to this request.

I respectfully submit that good cause exists for this request. I was assigned to this case yesterday, August 13, 2026. I have conducted an initial review of the Petition, ECF No. 1, the law, and documents received from U.S. Immigration and Customs Enforcement. Given the short time from receipt of this case to the filing deadline, I request this extension in order to fully and meaningfully respond to the Court's Order requesting the basis for Petitioner's detention.

Thank you very much for your consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: s/ Steven Miller
STEVEN MILLER
Assistant United States Attorney
Attorneys for Respondents

cc: All counsel of record (*via ECF*)

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/17/2026